UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEPHANIE HUBBARD,**

    **Plaintiff,**

v.            Case No. 8:07-cv-677-T-30EAJ

**QUALITY CALLS, INC., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Voluntary Notice of Dismissal of Claims Without Prejudice Filed by Stephanie Hubbard (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-677.dismissal 11.wpd